# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BOSEMAN CORDER,<br><br>Petitioner,<br><br>v.<br><br>JOHN SUTTON, Warden,<br><br>Respondent. | Case No. CV 18-04891 DMG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the pertinent records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed, and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is DENIED, and Judgment shall be entered dismissing this action without prejudice. Petitioner's motion for stay and abeyance is DENIED as moot.

DATED: January 2, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE