# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BOSEMAN CORDER, | Case No. CV 18-04891 DMG (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN SUTTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: January 2, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE